# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 17, 2009

Marilyn Kelly,
Chief Justice

137902

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

CHANTIA CALHOUN,
      Plaintiff-Appellant,

v

                                  SC: 137902
                                  COA: 286453

ANTHONY BAISDEN, M.D., BETTY JO
LITTLE, and PAMELA SHAVAZZ,
      Defendants,

Wayne CC: 06-627499-NH

and

HENRY FORD HEALTH SYSTEMS,
      Defendant-Appellee.
_____/

      On order of the Court, the application for leave to appeal the November 21, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      HATHAWAY, J., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 17, 2009

_____
Clerk

d0610